UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

IN THE MATTER OF:

ANCHORAGE YACHT BASIN,
INC., AS OWNER OF A 2000 20-
FOOT HURRICANE FUNDECK
GS201 MOTOR VESSEL BEARING
HULL IDENTIFICATION
NUMBER GDYS4511E000 AND
FLORIDA REGISTRATION
FL9583LJ, TOGETHER WITH ITS
ENGINE, TACKLE,
APPURTENANCES, EQUIPMENT,
ETC., FOR EXONERATION FROM
OR LIMITATION OF LIABILITY,

Petitioner.
_____/

Case No: 6:24-cv-1305-JSS-DCI

## **ORDER**

This admiralty case arises from a boating incident involving Petitioner's vessel that allegedly occurred on the navigable waters near Melbourne, Florida, on May 13, 2023, and resulted in a drowning death. Petitioner filed a complaint claiming the benefits of exoneration from or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. § 30501 et seq. (Dkt. 1.) Petitioner also filed an ad interim stipulation asserting that the estimated value of its vessel and pending freight at the relevant time was $11,500. (Dkt. 3.) Petitioner now moves, pursuant to Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of

Civil Procedure, for approval of its ad interim stipulation, for a monition directing all potential claimants to join in this action, and for an injunction staying prosecution of any claim arising from or related to the boating incident in any forum other than this action. (Dkt. 5.) Upon consideration, Petitioner's motion is **GRANTED**, and the ad interim stipulation is **APPROVED**. The monition and injunction and the notice thereof will issue separately.

Petitioner and any claimant who may properly become a party hereto may contest the amount of value of Petitioner's interest in the vessel as fixed in the stipulation, subject to such increases or decreases in the amount of the stipulation, together with adequate security, as the court may from time to time order according to the rules and practices of this court may adjudge. If the amount of the ad interim stipulation is not contested by any claimant herein, the stipulation shall stand as a stipulation for value and an appraisal by a commissioner will not be required.

A Monition shall issue out of and under the seal of this court against all persons or corporations claiming damage for any and all loss, destruction, damage, injuries, or death allegedly as a result of the occurrences and happenings recited in the complaint, to file their respective claims with the clerk of this court and to serve on or mail to the attorneys for Petitioner copies thereof on or before September 15, 2024. All persons or corporations so presenting claims and desiring to contest the allegations of the complaint shall file an answer to the complaint in this court and shall serve on or mail to the attorneys for Petitioner copies thereof or be defaulted.

A public notice of the monition shall be given by publication as required by Rule F of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida, once each week for four successive weeks in a newspaper of general circulation in Brevard County prior to the date fixed for the filing of claims in accordance with Supplemental Rule F. Not later than the date of the second weekly publication, a copy of the notice shall be mailed by Petitioner to every person or corporation known by Petitioner to have a claim against Petitioner arising out of the boating incident set forth in the complaint.

The commencement or further prosecution of any action, suit, or proceeding in any court whatsoever, and the institution and prosecution of any suits, actions, or legal proceedings, of any nature or description whatsoever, in any court whatsoever, except in these proceedings, in respect to any claim arising out of or connected with the boating incident set forth in the complaint herein, are hereby **STAYED AND RESTRAINED** until the final determination of this proceeding.

The service of this order as a restraining order in this District may be made in the usual manner as any other district of the United States by delivery by the Marshal of the United States for such District of a certified copy of this Order on the person or persons to be restrained or to their respective attorneys, or alternatively, by mailing a conformed copy of it to the person or persons to be restrained or to their respective attorney.

**ORDERED** in Orlando, Florida, on July 24, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties