UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

IN THE MATTER OF:

ANCHORAGE YACHT BASIN, INC., AS OWNER OF A 2000 20-FOOT HURRICANE FUNDECK GS201 MOTOR VESSEL BEARING HULL IDENTIFICATION NUMBER GDYS4511E000 AND FLORIDA REGISTRATION FL9583LJ, TOGETHER WITH ITS ENGINE, TACKLE, APPURTENANCES, EQUIPMENT, ETC., FOR EXONERATION FROM OR LIMITATION OF LIABILITY,

Petitioner.
_____/

Case No:  6:24-cv-1305-JSS-DCI

## MONITION AND INJUNCTION

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO THE MARSHALL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA,

GREETINGS:

WHEREAS, a complaint has been filed in the United States District Court for the Middle District of Florida on July 18, 2024, by Petitioner, Anchorage Yacht Basin, Inc., as owner of a 2000 20-foot Hurricane Fundeck GS201 Motor Vessel bearing hull

identification number GDYS4511E000 and Florida Registration FL9583LJ, together with its engines, tackle, appurtenances, equipment, etc., pursuant to 46 U.S.C. § 30501 et seq., and Supplemental Rule F of the Federal Rules of Civil Procedure and the statutes supplemental thereto and amendatory thereof, seeking exoneration from or limitation of, any liability concerning any and all personal injury, property damage, destruction, or other losses occasioned by or arising out of the marine casualty set forth in Petitioner's complaint, for reasons and causes in the complaint, and praying that a monition and injunction for those reasons be issued, and that all persons or corporations claiming any and all personal injury, property damage, destruction, or other losses arising out of or occurring on or about May 13, 2023, in the navigable waters near Melbourne, Florida, as more fully described in the complaint, be thereby cited to appear and file their respective claims with the clerk of this court, and to make due process thereof and citing them to file their answers to the complaint and all the proceedings be had, if it shall appear that Petitioner is not liable for any personal injury, property damage, destruction, or other losses, it may be so finally decreed by this court; and,

  WHEREAS Petitioner filed an ad interim stipulation for costs and value, representing the value of Petitioner's interest in its vessel, that within thirty (30) days after the entry of an order herein appraising the value of Petitioner's interest in the vessel, will pay the amounts so fixed into this court or will file with the court a stipulation for value in the usual form and with approved surety;

WHEREAS this court has ordered that Petitioner's ad interim stipulation is approved and shall stand as security for all claims against Petitioner and its vessel in this proceeding and whereas this court has ordered that a monition issue out of and under the seal of this court against all persons claiming damages for any and all loss, damage, or injury arising out of the rental of the vessel on or about May 13, 2023, in navigable waters at or near Melbourne, Florida, as more fully described in Petitioner's complaint for limitation, citing them to appear before and to file their claims with the clerk of this court in writing and under oath, and serve copies thereof upon attorneys for Petitioner and direct that any such persons, or their personal representatives, claiming damages as aforesaid who shall desire to contest the claimant, Petitioner, shall answer the complaint and,

WHEREAS Petitioner seeks protection against suit outside of this limitation proceeding, and the court having granted an injunction against such suits,

YOU ARE THEREFORE COMMANDED to cite ALL PERSONS OR CORPORATIONS in respect of which Petitioner seeks exoneration or limitation to file their respective claims with the Clerk of this Court located at 401 West Central Boulevard, Orlando, Florida 32801, and to serve copies thereof on Petitioner's Attorneys, Dante C. Rohr, Esquire, Marshall Dennehey, P.C., 315 E. Robinson Street, Suite 550, Orlando, Florida 32801, on or before September 15, 2024, and if any such persons or their personal representatives shall desire to contest Petitioner's complaint,

3

citing such claimants to appear and respond to the complaint herein on or before the date aforementioned, or within such further time as this court may grant.

AND what you have done in the premises do you then make return to this court together with this writ.

**ORDERED** in Orlando, Florida, on July 24, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties